# EXHIBIT B

Complaint and attached exhibits
to James Peck

Complaint-Verified (This form replaces CCMD-8A)      (2/25/05) CCM N008

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Llewellyn Huggins

**Plaintiff(s)**

v.

James Peck

**Defendant(s)**

No. 2014M1136506
CALENDAR/ROOM 1110
TIME 09:30
Contract
Fraud
Amount Claimed $ 9,999.00

Return Date _____

**CERTIFIED MAIL** **COMPLAINT** **FEE WAIVED**

The Plaintiff(s) claim(s) as follows:

On March 10, 2014 defendant James Peck received by Certified Mail Number: 7011 0110 0001 3166 5906, a request to send the Plaintiff Llewellyn Huggins verification documents to prove the validity of the debt claims that Mr. Pecks corporation Trans Union claims Llewellyn Huggins owes. Mr. Peck was giving 30 days to mail to Plaintiff documents or to delete all unverified accounts as required by FCRA 15 U.S.C Section 1681i. To date the Plaintiff has not received anything from the office of James Peck thus this small claims action is being filed to account for the personal injuries caused by the negligence of Mr. James Peck. Personal injuries, Emotional damage because of ruined credit report.

I, Llewellyn Huggins, certify that I am the _____
    (Name)                                                  (Name of Attorney if applicable)

plaintiff in the above entitled action. The allegations in this complaint are true.

Atty. No.: _____     Pro Se 99500     Dated: 7/7, 2014

Atty. (or Pro Se Plaintiff):
Name: Llewellyn Huggins
Address: 13639 S. Eggleston Ave
City/State/Zip: Chicago, IL 60628
Telephone: _____

Signature: Llewellyn Huggins

☐ Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the abovesigned certifies that the statements set forth herein are true and correct.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Certified Mail Tracking
Number 7011 0110 0061 3166 5926



**COVER LETTER**

Affidavit of Fact
Writ for Political, Social and Economic Status Correction

From the Office of the Executor for:
LLEWELLY HUGGINS-Estate
c/o L'Origin El Bey
10620 South Edbrooke Avenue
Chicago Territory, Illinois Republic [near 60628]
SSN: ███3462 | DOB: ███1988

To: James Peck
D/B/A Chief Executive Officer of Transunion
555 West Adams Street
Chicago, Illinois [60661]

Dear Mr. James Peck,

I hope all is well with you and your family. I know it can be stressful handling the tasks that come along with the position of Chief Executive Officer of a large credit reporting agency in the United States. I wish you nothing but success now and in your future endeavors. My concern in writing your corporate office today is in regards to LLEWELLYN HUGGINS' credit report. I hope that we can get this matter resolved without having to take any further action. Please do not forward this to your general office that handles disputes. This matter must and will be handled by an executive of your company. As noted in the following documents you, your agent, your company, etc. has a fiduciary duty concerning the before mentioned credit report. Please send me an authentic copy of the contract you're your company used to verify the debt for every negative item listed on the said credit report. If you do not have this information please delete all negative items. I do not think you have this information and I believe there is no evidence to the contrary. L'Origin El Bey, is an unicorporated private person is the first lien holder, Holder In Due Course, Executor, Sole Beneficiary, Major Shareholder, etc. etc. of the Legal Fiction LLEWELLYN HUGGINS and the only Authorized person to use the Legal Fiction commercially. If you want to continue to continue to use the 'name' you will:

1. Cease and desist from reporting any negative information on the said credit report.
2. Remove any and all negative items off the said credit report.
3. Report that all accounts have a zero balance.
4. Report that payments on all accounts have always been made on time.
5. Make the credit score of the said credit report at least 850, by any means necessary. I authorize you to do whatever you need to do to make this possible.
6. Block any and all new negative information until you can send me an authentic copy of a contract to verify and validate the debt.
7. Make it where any time LLEWELLYN HUGGINS applies for credit that the application is always approved. I authorize you to do whatever you need to do to make this possible.

If you do not rebut this affidavit on a point by point basis with another sworn affidavit signed under law including penalty of perjury within 21 days then you will fall in default and you agree that everything stated herein is true and lawful. More details regarding this matter are in the following documents.

Thank you,

I am: *L'Origin El Bey*
L'Origin El Bey
C/O 10620 South Edbrooke Avenue
Chicago, Illinois Republic
[near 60628]
Non-Domestic / Non-Assumpsit
united States of America
EIN No. ███3462
Pre-Paid-Preferred Stock
Priority-Exempt from Levy

Cover Letter

**Affidavit of Fact**
Writ for Political, Social and Economic Status Correction

Illinois Republic         }

Cook county              }

March 4, 2014

From the Office of the Executor for:
LLEWELLY HUGGINS-Estate
c/o L'Origin El Bey
10620 South Edbrooke Avenue
Chicago Territory, Illinois Republic {near 60628}
SSN: ▇▇▇3462 | DOB: ▇▇1988

To: James Peck
D/B/A Chief Executive Officer of Transunion
555 West Adams Street
Chicago, Illinois [60661]

Dear Mr. James Peck,

**I, L'Origin El Bey, the Executor of the Estate for LLEWELLYN HUGGINS, SSN: ▇▇▇ 3462/ Estate EIN: ▇▇▇2075, hereinafter referred to as Affiant. I hereby certify and declare on the unlimited commercial liability of Affiant that the following facts are true and correct to the best of the Affiants personal knowledge, understanding and belief. I have recently received a copy of the credit report that your company publishes and after reviewing it, I found a number of items on the report that are inaccurate. The accounts in question are listed below.**

**Affiant declares that:**

1. Affiant is of the age of majority, of sound mind and competent to testify.

2. Affiant is domiciled in the nation state Illinois, a member republic of the Union established by the articles of confederation and later perfected by the addition of the Constitution for the United States.

3. Affiant is a Moor/Muur-ian American/Al Moroccan National of the nation state Illinois, as contemplated by the act of Congress evidenced and restated at 8 U.S.C. § 1101(a)(2).

4. Affiant was given the name Llewellyn Huggins; Huggins, Llewellyn at birth. And has since corrected his Title/Name and Nationality:

House Resolution 75: Journals of the House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names

### Declaration of the Rights of the Child - Article 15

"Everyone has the right to a nationality. No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality."

### Declaration of Rights of Indigenous People – Article 6

"Every Indigenous individual has a right to a nationality."

5. Affiant, L'Origin El Bey, is the Third Party Witness, Secured Party Creditor, a Natural man, created by the Supreme architect of this universe; I am NOT the same as the Fictitious Entity, all capital letter named, **LLEWELLYN HUGGINS, SSN:** ▮▮▮▮**3462**, which was created by the State.

6. Affiant is a private unincorporated individual, natural living soul in the flesh, a Crea-tor and Credi-tor, a Freeman, in order with Natural law and Divine Principle. Affiant is enforcing Law and will only serve one master, which is his higher self - I. Self. Law. Am. Master - **I.S.L.A.M.**

7. Affiant is NOT a debtor, NOT a consumer, NOT a beast, NOT a slave, NOT a minor and will not allow your company to continue to falsely present affiant as such or as the following: I am not Chattel Property (cattle), I am not the Legal Fiction (strawman), and I am not surety or a guarantor for the straw man. Please don't respond back to this letter alleging that affiant is a conspiracy theorist or that this "strawman stuff" is scam, it is the law and I am pretty sure you are well aware of it. You will not report any negative items on the said credit report if you can not send me evidence that you have in your file, if at any time you dishonor these terms you will be fined and I will not stop until you are forced into involuntary bankruptcy. You will send affiant verification evidence within 5 days of receiving information any time any company sends your company negative information about the said credit report, if you can't verify the information you will notify the company reporting the information that they must zero out the account, send affiant the contract that he has with said company, or you will pay affiant for reporting false information.

8. Affiant does not give you or your company any consent, in any capacity to place upon me any responsibility for this all capital letter Fictitious Entity that was created by the state. Simply put, I am not the same and I believe there is no evidence to the contrary. I have no contract with you and do not consent to any contract with you. If you presume that I have a contract with you, I rebut any presumption of any contract that you may presume that I have with you.

If the you have any lawfully documented evidence to the contrary please come forth now On and For the official Record, and let the District Attorney certify your evidence, under their unlimited commercial liability, while under oath,

and under penalties of the law including Perjury. Failure to continue this action without proof of your claim is Abuse of Process, Dishonor in Commerce, Abuse of Power, Extortion, Coercion, Fraud, Obstruction of Justice, etc. I believe there is no evidence to the contrary.

9. Affiant is aware and knows that the Affiant as the Undersigned, Secured Party Creditor, is "Holder in Due Course" of the Preferred Stock of the federal Corporation (United States – February 21, 1871; 16 Stat I. 419): and holds a prior, superior, security interest and claim on the DEBTOR (**LLEWELLYN HUGGINS, SSN:** ■■■**3462/ Estate EIN:** ■■■**2075**) and Debtor's property. Attached is a copy of the *Certificate of Live Birth* - LLEWELLYN HUGGINS, authenticated by both the Secretary of State of Illinois and by the Secretary of the U.S Department of State.

10. Affiant has done a UCC 11 Information request which confirms that Affiant's legal person, **LLEWELLYN HUGGINS, SSN:** ■■■**3462/ Estate EIN:** ■■■**2075** owes no debts to anyone because Affiant has never dishonored a lawful contract where full disclosure was given. Notices of Liens/Debts are not valid debts or liens.

11. Affiant is aware that **LLEWELLYN HUGGINS, SSN:** ■■■**3462/ Estate EIN:** ■■■**2075** is the property and obligation of the U.S Government and that Affiant is only an Incumbent, first lien/lean holder, 'the Holder In Due Course', Sole Beneficiary, Majority Shareholder, Officer, etc. of the Federal Corporation authorized by the Secretary (Secretary of State and Treasury) to discharge its duties.

### Legal Definition of Incumbent

Incumbent. A person who is in present possession of an office; one who is legally authorized to discharge the duties of an office. State v. Blakenire, 15 S.W., 960 104 Mo. 340. (Black's Law Dictionary Revised 4th Edition)

Incumbency Certificates are issued by the corporate secretary. (Reference:http://www.investopedia.com/terms/i/incumbencycertif icate.asp )

12. Affiant, as noted above (number 4), has the right to his Free National Moorish name/title and the right to use and control his legal person's name (**LLEWELLYN HUGGINS, SSN:** ■■■**3462/ Estate EIN:** ■■■**2075**).

13. Affiant does not wish to change the name on the credit report of LLEWELLYN HUGGINS, SSN: ███ 3462/ Estate EIN: ███ 2075, as Affiant still has the right to use the name for his commercial benefit.

14. Affiant is only enforcing his exclusive right to control his "name" and likeness and to prevent others from exploiting his personal information without his permission.

    Your CORPORATE commercial acts against me or mine and your failures to act on behalf of me or mine are ultra vires and injurious by willful and gross negligence.

15. Affiant being the one and only person authorized to use the name commercially has the right to control how his name and likeness is presented to the public.

16. Affiant will only allow you to use his personal information for his commercial benefit. Your company does not have the right to use Affiant's name or likeness without first compensating Affiant in the appropriate way that he, and only he, sees fit. If you want to continue to use Affiant's name you must comply with the terms and condition set fourth herein.

17. Affiant is aware that under the Fair Credit Reporting Act, **15 U.S.C. § 1681g,** I have the right to demand that you disclose to me all of the documents that you have recorded and retained in your file at the time of this request concerning the accounts that you are reporting in my legal person's credit report. Please don't respond to my request by saying that these accounts have been verified. Send me copies of the documents that you have in your files that were used to verify them. The only response letters that will be acceptable is with a **locked** wet ink signature (A locked signature must list the person of your corporation's title, position, signature and office address). Any response from your company that is not sworn and signed under penalty of perjury by an officer of your corporation is unacceptable and carries a fine of $50,000.00.

    If you do not have any documentation in your files to verify the accuracy of these disputed accounts then please **delete them immediately** as required under Section 611(a)(5)(A)(i) of the Fair Credit Reporting Act. By publishing these inaccurate and unverified items on my credit report and distributing them to 3rd parties, you are damaging my reputation and credit worthiness.

    Please send me copies of the documents, **that you have in your files, as of this date,** that you used to verify the accuracy of the accounts listed below.

18. Affiant is aware that under the **FCRA 15 U.S.C. § 1681i, all unverified accounts must be promptly deleted.** Therefore, if you are unable to provide me with a copy of the verified proof that you have on file for each of the accounts listed below, within fifteen (15) days of receipt of this letter, then you must remove these accounts from my legal person's credit report.

19. Affiant does not authorize publication of any unverified debt claims by you, your company or anyone else.

20. Affiant authorizes your company to correct your records so that it shows that affiant has no negative inquires, a zero balance on all accounts, and that affiant has never been late making a payment.

21. Affiant, through his unlimited commercial liability has the right to determine his worth and the worth of his legal person LLEWELLYN HUGGINS, SSN: ███3462/ Estate EIN: ███2075; Affiant has determined that his and his legal person's worth is limitless (seriously); Affiant has agreed to pay and has extended to his legal person LLEWELLYN HUGGINS, SSN:███3462/ Estate EIN:███2075 a ten billion ($10,000,000,00.00) line of credit (seriously); Affiant authorizes your company to publish that affiant has extended an open line of credit in the amount of ten billion ($10,000,000,000.00), and that his legal person has a balance of zero and has never been late making a payment since the credit account was established on July 1, 2011.

22. Affiant's legal person's (LLEWELLYN HUGGINS, SSN:███3462/ Estate EIN:███2075) credit report will remain in good standings with zero negative inquires until Affiant expires.

23. Affiant will not, at any time, tolerate your company reporting any negative inquiries on Affiant's legal person's, now **private**, credit report. If your company attempts to present Affiant's legal person and/or Affiant in a false light to the public, you will be charged in your public (official) and private (personal) capacities to the full extend of law.

### Appropriation of Name or Likeness

Personality Rights

"A person's exclusive rights to control his or her name and likeness to prevent others from exploiting personal information without permission, is protected in similar manner to a title or trademark action with the person's likeness and personal information, rather than the trademark or title, being the subject of the protection.

The tort of false light involves a misappropriation or "major misrepresentation" of a person's "character, history, activities or belief." Some bodies of law also explicitly mention the estate of a person; false claims of nobility are most common. In the United States, one who gives publicity to a matter concerning another that places the other before the public in a false light is subject to liability for invasion of privacy. **False light** is a legal term that refers to a tort concerning privacy that is similar to the tort of defamation. The privacy laws in the United States include a non-public person's right

to privacy from publicity which puts them in a false light to the public; which is balanced against the First Amendment right of free speech.

The **right of publicity**, often called **personality rights**, is the right of an individual to control the commercial use of his or her name, image, likeness, or other unequivocal aspects of one's identity. It is generally considered a property right as opposed to a personal right, and as such, the validity of the Right of Publicity can survive the death of the individual (to varying degrees depending on the jurisdiction).

Personality rights are generally considered to consist of two types of rights: the right of publicity, or to keep one's image and likeness from being commercially exploited without permission or contractual compensation, which is similar to the use of a trademark; and the right to privacy, or the right to be left alone and not have one's personality represented publicly without permission. In common law jurisdictions, **publicity rights** fall into the realm of the tort of passing off. United States jurisprudence has substantially extended this right. A commonly cited justification for this doctrine, from a policy standpoint, is the notion of natural rights and the idea that every individual should have a right to control how, if at all, his or her "persona" is commercialized by third parties."

24. Affiant will accept real Money, Public Hazard Bonds, other Bonds, Insurance Policies, CAFR Funds, 801k funds, personal properties, land, real estate, etc. as needed to satisfy any damages you may cause to affiant for violations of his secured rights.

25. Affiant having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein and upon my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability being duly Affirmed under Consanguine Unity; has pledged his National, Political, and Spiritual Allegiance to his Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice.

### Declaration of Rights of Indigenous People

#### Part I - Article 3

"Indigenous peoples have the right to self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development."

#### Part I - Article 4

"Indigenous peoples, in exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs, as well as ways and means for financing their autonomous functions. "

### Part I - Article 5

"Indigenous peoples have the right to maintain and strengthen their distinct political, legal, economic, social and cultural institutions, while retaining their right to participate fully, if they so choose, in the political, economic, social and cultural life of the State."

### Part II - Article 8

"Indigenous people have the collective and individual right to maintain and develop their distinct identities and characteristics, including the right to identify themselves as such and to be recognized as such."

## CONSTITUTION FOR THE UNITED STATES - PREAMBLE

"We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the **common** defense, promote the general welfare, and secure the blessings of **liberty** to ourselves and our **posterity**, do ordain and establish this Constitution for the United States of America."

### Legal Definition of Liberty.

Liberty. Freedom; exemption from extraneous control. (Black's Law Dictionary Revised 4th Edition)

Synonyms to Liberty and Freedom:

Exempt, Exemption from external control, Discharge, Self-Rule, Self-Determined, Self-Governed, Political Independence, redemption, grant, free will, right

As you may know, and as you can see, "freedom/liberty" is a natural right. For you to steal this right like a criminal is a Constitutional/Treaty, Divine and International laws violation. I am a creation of the Most High Creator of this limitless universe. My divine creator has given me dominion over the entire earth. I can not and will not be limited. I will not be bottled up and sold. If you continue to publish false information about me or my legal person, you will be prosecuted to the full extent of the law, United States law and International law. I can assure you that you will receive this same or similar presentment from at least 13 or moor associates of mine. We will not need to use the court system as a remedy, just as soon as you fall in default by silence or default by refusing to handle the terms laid out herein a complaint will be filed with the IRS, the Security and Exchange Commissions, your bonding company, the Secretary of State in which you live, and the County Recorders Office where your property or properties are located (homes, cars, etc.). We don't won't trouble this is a warning to either correct this matter or you will pay.

1. Affiant is a Noble of the Al Moroccan Empire (North America), In Propria Persona (my own proper self); being a Moor/ Muurian American - a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land

/s (Amexem / Americas) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers.

2. Affiant is aware that the Al Moroccan (American) Continents - are the Land of the Moors; being North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc).

3. Affiant has, acknowledges, claims and possesses, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture, and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers - Moors / Muurs, by Divine and Natural Right.

4. Affiant being a Moorish American, I have and possesses the internationally recognized Rights to determine my own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority.

5. Affiant, being a *Moor* / *Moorish American* / *Muur*, has, proclaims and possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Al Moroccan Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nations of the Earth (International). Being the true, Ancient, Aboriginal / Indigenes of the Land (America) - North, being the heart-land of the Moroccan Empire.

6. Affiant can in no way ever be indebted to the United States, any of its enclaves or any entity created under the laws of the United States. Any such claim is a violation of my secured rights affirmed by the Organic American Constitution/Treaty of Peace and Friendship (of 1786, 1787 and 1836). Aboriginal and Indigenous National People of the Land and Heirs to North America are owed fiduciary obligations from your government and you being an agent thereof.

**Constitution Article VI**

"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

> The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

7. Affiant is aware and knows that the U.S. Bankruptcy is verified in **Senate Report No. 93-549** 93rd Congress, 1st Session (1973), "Summary of Emergency Power Statutes," Executive Orders 6073, 6102, 6111, and by Executive Order 6260 on March 9, 1933, under the "Trading With The Enemy Act (Sixty-Fifth Congress, Session I, Chapters 105, 106, October 6, 1917), and as further codified at 12 U.S.C.A. 95(a) and (b) as amended (Affiant can never be indebted to the United States, any of its enclaves or any entity created under the laws of United States).

8. Affiant is aware and knows that any transaction to discharge debt liability is in accordance and compliance with UCC 3-104; Title IV, Sec 401 (FRA); USC Title 12; USC Title 28, §§1631, 3002; and the Foreign Sovereign Immunity Act under necessity, in light of the fact that the several States are in violation of Article I, Section X of the U.S. Constitution.

9. Affiant is aware and knows that any documents transmitted on behalf of the Debtor to discharge debt liability on behalf of the Debtor are in full accord with HJR-192 (June 5, 1933), Public Law 73-10, UCC 3-419, 1-104 and 10-104.

10. Affiant is aware and knows that Affiant is "Holder in Due Course" of the deficient account by Affiant's acceptance and retains first priority, and by said acceptance of any "claim(s)" has eliminated any controversy in the matters by exhaustion of the Affiant's private administrative process/remedy under necessity supported by scripture and 'Self Help' via UCC 1-201 (34) per Official Comments - "Remedy". Affiant is not protesting on behalf of the Debtor.

11. Affiant is aware and knows that the undersigned has been estopped from using and has no access to 'lawful constitutional money of exchange' (See U.S. Constitution – Art. I § X) to 'PAY DEBTS AT LAW'. Pursuant to HJR-192, Affiant can only discharge fines, fees, debts, and judgments 'dollar for dollar' via commercial paper or <u>upon Affiant's exemption.</u>

12. Affiant is aware and knows that legal tender, under the Uniform Commercial Code (U.C.C.), Section 1-201 (24) (Official Comment); "The referenced Official Comment notes that the definition of money is not limited to legal tender under the U.C.C. The test adopted is that of sanction of government,

whether by authorization before issue or adoption afterward, which recognizes the circulating medium as a part of the official currency of the government. The narrow view that money is limited to legal tender is rejected."

13. Affiant is aware and knows that the Federal Reserve Bank of Chicago, in its booklet: MODERN MONEY MECHANICS page 3, states; "In the United States neither paper currency [e.g., Federal Reserve Notes] nor deposits have value as commodities. Intrinsically, a dollar bill is just a piece of paper, deposits merely book entries." The acceptance of said "currency" is merely a "confidence" game predicated upon the people's faith or "confidence" that these currencies/instruments can be exchanged/accepted for goods and services.

14. Affiant relies upon, and is aware, that the "giving a (Federal Reserve) note does not constitute payment." See Echart v Commissioners C.C.A., 42 Fd2d 158.

15. Affiant is aware and knows that "the use of a (Federal Reserve) 'note' is only a promise to pay." See *Fidelity Savings v Grimes*, 131 P2d 894.

16. Affiant is aware and knows that legal tender (Federal Reserve) "notes are not good and lawful money of the United States." See *Rains v State*, 226 S.W. 189.

17. Affiant is aware and knows that (Federal Reserve) "Notes do not operate as payment in the absences of an agreement that they shall constitute payment." See *Blachshear Mfg. Co. v Harrell*, 2 S.E. 2d 766.

18. Affiant is aware and knows that "Federal Reserve Notes are valueless." See IRS Codes Section 1.1001-1 (4657) C.C.H.).

19. Affiant is aware and knows that in light of the holding of *Fidelity Bank Guarantee vs. Henwood*, 307 U.S. 847 (1939), and taking notice of ..."As of October 27, 1977, legal tender for discharge of debt is no longer required. That is because legal tender is not in circulation at par with promises to pay credit. There can be no requirement of repayment in legal tender either, since legal tender was not loaned [nor in circulation] and repayment [or payment] need only be made in equivalent kind; A negotiable instrument."

20. Affiant is aware and knows that the various and numerous references to Case Law, Legislative History, State and Federal Statutes/Codes, Federal Reserve Bank Publications, Supreme Court decisions, the Uniform Commercial Code, organic Constitution for the United States, State Constitutions, and general recognized maxims of Law as cited herein and throughout, establish the following:

    (a) The U.S. federal government did totally and completely debase the organic lawful constitutional coin of the several states of the Union and of the United States.

    (b) The federal government and the several united States have, and continues to, breach the express mandates of Article I, §§ 8 & 10 of the federal Constitution regarding the minting and circulation of lawful coin.

    (c) The lawful coin (i.e. organic medium of exchange) and the former ability to PAY debts – has been replaced with fiat, paper currency, with the limited capacity to only DISCHARGE debts.

    (d) The Congress of the United States did legislate and provide the American people a remedy/means to discharge all debts "dollar for dollar" via HJR 192 – due to the declared Bankruptcy of the Corporate United States via the abolishment of constitutional coin and currency.

    (e) The corporate United States, the several states of the Union, intergovernmental organizations, and other nations of the world recognize this current, circulating medium of exchange as commercial paper/instruments, negotiable or non-negotiable, the same being accepted as legal tender or money, etc., as set forth in the Uniform Commercial Code.

    (f) The Affiant's acceptance of any monetary/debt presentment and/or demand for payment as presented by any person, natural or corporate, can be returned for discharge, the same constituting the negotiable instrument so bearing the exemption of the Affiant upon any said monetary/debt presentment and/or demand for payment as a non-cash accrual item, is but another form of legal tender, money, currency emanating from the Creditor.

21. Affiant is aware and knows that pursuant to 'State and Federal' TENDER OF PAYMENT statutes, *whatever is tendered as payment, whether property, money or an instrument, if not accepted, the debt is discharged.*

22. Affiant is aware and knows that the United States has a treaty with the Universal Postal Union (UPU) in Bern Switzerland.

23. Affiant is aware and knows that the terms and conditions of said treaty must be followed by all who choose to use the United States Postal Service for all mailings.

24. Affiant is aware and knows that all complaints of mail fraud can be handled through UPU.

25. Affiant is aware and knows that any opposition to this Affidavit of Fact must be done by rebutting each and every point, point for point, under penalty of perjury, and making said rebuttal public record within 30 (thirty) days of the recording of this Affidavit of Fact.

If this acquisitioning mechanism is denied for any reason, denying L'Origin El Bey any unalienable rights, including the right to draw upon his claim and interest in the

Gold held by the Treasury of the United States of America and his deficiency payment caused by the WAR AND EMERGENCY ACT (Executive Order(s) 2039 and 2040), under public policy (private law) of the 'New Deal' Cheap Food Policy (and others), then it will be in direct violation of the Constitution for the united States of America, seventeen-hundred and eighty-seven, because involuntary servitude has been abolished. The undersigned, pursuant to his First Amendment Right, which public servants are obligated to protect, is to not compelled to be a part of a corporation, church, communistic State or to make self-sacrifice to a false god.

> This form of acquisition, secured by accounts receivable (on Deposit with the Treasury) for non-payment by the United States Treasury, and for the purpose of discharging payment in like kind, debt-for-debt, which is the only means by which L' Origin El Bey /LLEWELLYN HUGGINS here has of discharging the debt placed on her by the UNITED STATES (and 'its' subsidiaries).

> You must Prove your claims against me, and disprove my claims, by providing me. Non-response is agreement. Partial response is agreement. Rebuttal must be in written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed. This documentation must be provided under penalty of perjury. This evidence must prove your case by documented evidence and must rebut each and every averment, point for point individually. Non response on the part of the receiving party or agent of the receiving party will be a lawful offer and acceptance of all the terms and conditions contained in this affidavit. Rebuttal by the receiving party of any provision of this affidavit by any other means than is indicated in this affidavit will be non-response. Return of the contract unopened and/or without review will be acceptance of all conditions of said contract. If any and all points are not answered fully and accompanied by lawfully documented evidence, as provided herein, that will be a default on your part. Non-response according to the conditions herein, will be a default by acquiescence. You have twenty-one (21) days to rebut my statements as indicated herein; or my statements will stand as true, lawful, and legal in all of your courts and/or hearings. Default will be a Self Executing Confession of Judgment on behalf of you/your, agent, etc. and complete agreement with all the statements in this claim. This is a contract in Admiralty.

> **This Notice** is in the nature of a Miranda Warning. Take due heed of its contents. If, for any reason you do not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal councel to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this document.

This affidavit is not set forth to threaten, delay, hinder, harass, or obstruct, but to protect guaranteed Rights and Protections assuring that at no time my Unalienable Rights are ever waived or taken from me against my will by threats, duress, coercion, fraud, or without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or CORPORATE, of their potential, personal, civil, and criminal liability if and when they violate my Unalienable Rights as protected by the original Constitution and Treaty of 1787, adopted circa 1791, and/or the Honorable "Bill of Rights."

**Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal.**

---

## FEE ASSESSEMENTS

## THE FOLLOWING DAMAGES HAVE BEEN ASESSED AGAINST YOU SHOULD YOU FAIL TO MEET THE REQUIREMENTS AS PROVIDED HEREIN:

1. Failure to state a claim upon which relief can be granted. $2,000,000.00 (Two-Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
2. Failure to respond as outlined herein. $2,000,000.00 (Two-Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
3. Default by non-response or incomplete response $2,000,000.00 (Two-Million US Dollars) per Third Party, per count, per violation, per occurrence.
4. Dishonor In Commerce - $2,000,000.00 (Two-Million US Dollars) per Third Party, per count, per violation, per occurrence.
5. Obstruction of Justice - $2,000,000.00 (Two-Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
6. Abuse of Authority - $2,000,000.00 (Two-Million US Dollars) per Third Party, per count, per violation, per occurrence.
7. Extortion - $2,000,000.00 (Two-Million US Dollars) per Third Party per count, per violation, per occurrence.
8. Trespass - $2,000,000.00 (Two-Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
9. Conspiracy to Defraud - $2,000,000.00 (Two-Million US Dollars) per Third Party, per count, per violation, per occurrence.
10. Racketeering - $2,000,000.00 (Two-Million US Dollars) per Third Party, per count, per violation, per occurrence.

11. Abuse of Power - $2,000,000.00 (Two-Million US Dollars) per Third Party, per count, per violation, per occurrence.
12. Abuse of Process - $2,000,000.00 (Two-Million US Dollars) per Third Party, per count, per violation, per occurrence.
13. Coercion - $2,000,000.00 (Two-Million US Dollars) per Third Party, per count, per violation, per occurrence.
14. Failure to pay fees in full within thirty (30) Calendar Days of Default as contained herein. $1,000,000.00 (One-Million US Dollars), per month, and interest of 1.5 % per month compounded daily for the first (30)
    Thirty Days from the date of default. After thirty (30) days beginning on the thirty-first (31st) Day after Default, the penalties for Failure to pay will increase by $1,000,000.00 (One-Million US Dollars) per day for each calendar day that this counterclaim is not paid in full, including interest. After ninety (90) calendar days of the date of Default, the penalties for Failure to Pay Counterclaim will increase by $5,000,000.00 (Five-Million US Dollars) per calendar day, that the Counterclaim is not paid in full, plus interest as indicated herein.

All Claims are stated in US Dollars which means that a US Dollar will be defined, for the purposes of this counterclaim as, a One Ounce Silver coin of .999 fine silver, or the equivalent par value as established by law or the exchange rate as set by the US Mint, whichever is the higher value, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as outlined herein. If the claim is to be paid in Federal Reserve Notes or other certified funds these funds will only be accepted at Par Value as indicated above.

certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as outlined herein. If the claim is to be paid in Federal Reserve Notes or other certified funds these funds will only be accepted at Par Value as indicated above.

15. Punitive damages will be assessed by multiplying the original amount of damages times seven (7). Punitive damages will be added to the original amount of damages.

Please provide me with a copy of an updated and corrected credit report showing these items removed.

I demand the following accounts be properly verified or removed immediately.

| Name of Account: | Account Number: | Provide Physical Proof of Verification |
|---|---|---|
| Capital One | ███████ | 9677 $835 |
| Capital One | ███████ | 6090 $956 |
| Diversified Consultants | ███████ | 2FDO $1251 |
| Fed Loan Serv | ███████ | 2FDO $1251 |
| Receivable Performance | ███████ | 8605 $1433 |
| S Car-a-Energy | ███████ | 2240 $631 |
| Georg G Power | ███████ | 5389 $285 |
| TCF Bank | ███████ | 3368 $737 |

And Any and All other Negative Inquiries you report, please verify, Thanks :)

* NOTE: Please also remove all non-account holding inquiries over 30 days old.

Thank You,

I Am: ✗ _L'Origin El Bey_

L'Origin El Bey – Authorized Representative – All Rights
Ex Relatione: LLEWELLYN ███████
10620 South Eubrooke Avenue
Chicago Territory, Illinois Republic [near 60628]
SSN: ███-██-3462 | DOB ██/██/1988

## NOTORIAL SEAL

Illinois Republic      }      CERTIFICATION
Cook county                           OF
                              Affidavit of Fact

The undersigned Notary Public certifies that Name is the party who did execute, affirm, sign and seal under the penalty of perjury the forgoing document entitled 'Affidavit of Name' as a free act and deed this _____ day of _____, 2014.

_____
Notary Public

07/01/2014
Commission Expires

Attachments + A
UCC-1 Exhibit A
Copy of Authenticated Birth
Certificate Exhibit B
Collateralized Bond - Exhibit C

OFFICIAL SEAL
JEANNETTE STOKES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/01/14

Page 11 of 11